MAYER S. GINSBURG, Appellant, v. F. W. WOOLWORTH COMPANY, Respondent.— Order signed. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

EDWARD T. GORMAN, by JAMES P. GORMAN, His Guardian ad Litem, Respondent, v. WILSON & ENGLISH CONSTRUCTION COMPANY, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

ANDREW J. HAGEN, Respondent, v. JOHN F. FLYNN, Appellant.— Judgment and order of the County Court of Richmond county reversed, and new trial ordered, costs to abide the event, upon the ground that plaintiff did not make out a case by a fair preponderance of the evidence that justified a finding of negligence or absence of contributory negligence. The court should have granted the motion made to strike out the testimony as to the injury of the shoulder, as proof thereof was not permissible under the bill of particulars upon the question of damages. Jenks, P. J.; Thomas, Mills, Putnam and Blackmar, JJ., concurred.

FREDERICK H. HURDMAN, Appellant, v. GEDNEY FARM COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

In the Matter of the Estate of CATHERINE MCMAHON, Deceased. MATTHEW BROE, Individually and as Executor, etc., Appellant; CATHERINE M. MCMAHON, Respondent.— Decree of the Surrogate's Court of Rockland county affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.